Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

| DOCKET NO. (Transferring Court) |
|---|
| 0864 3:90CR00120-001(PAM) |

| DOCKET NO. (Receiving Court) |
|---|
| 20-CR-0023 |

| NAME AND LOCATION OF | DISTRICT |
|---|---|
| William Phillip Faulkner<br>Kiel, Wisconsin | MINNESOTA |
| | NAME OF SENTENCING JUDGE |
| | Honorable Paul A. Magnuson |
| | DATES OF SUPERVISION — FROM 01/22/1992 Tolled Time from 06/05/1992-02/19/2019 — TO 10/6/2020 |

**OFFENSE**

Possession of Non-Registered Firearms and Pipe Bombs

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 3605 the jurisdiction of the defendant named above be transferred with the records of this Court to the United States District Court for the Eastern District Of District of Wisconsin upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision may be changed by the District Court to which this transfer is made without further inquiry of this Court.

11/01/2019                                                      *s/ Paul A. Magnuson*

Date                                                      United States District Judge

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF DISTRICT OF WISCONSIN

IT IS HEREBY ORDERED that jurisdiction of the above defendant be accepted and assumed by this Court from and after the entry of this order.

Effective Date                                                      United States District Judge